ORIGINAL

DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtor

**RECEIVED**
JUN 1 6 2010
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| In Re: | Chapter 13 |
| KERRY LEE HULL | Case No. 05-52051 ASW |
| | **NOTICE OF UNCLAIMED DIVIDEND** |
| Debtor | |

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure 3011, the Trustee in the above referenced case hereby turns over to the Court, Check # 2469542 for an unclaimed dividend in the amount of $2.89. The name and address of the claimant entitled to the unclaimed dividend is as follows;

    Claim # 11    REVCARE INC
                       P O BOX 2309
                       CYPRESS, CA 90630

Dated: June 14, 2010

                                                    /s/ Devin Derham-Burk
                                                    DEVIN DERHAM-BURK, TRUSTEE